

FILED

AUG 26 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-94-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| WILLIAM EDWARD ELMORE, | ORDER |
| Defendant. | |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 34), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED** with prejudice.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of August, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1